UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────x
LUNIQUE AGOSTINI, on behalf of himself and all
Others similarly situated,

        Plaintiffs,

  -against-

RICARDO, LLC,


        Defendant.
───────────────────────────────────x

Civil Action No. 1:25-cv-247

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDUCE**

    Plaintiff Lunique Agostini, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

    Dated: March 27, 2025

By: _/s/ Gabriel Levy_____

Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com